■ MARDINE REALTY CO., INC., et al., Respondents, v. VILLAGE OF DOBBS FERRY et al., Appellants.— In an action to declare a zoning ordinance unconstitutional, insofar as it limits the structures which may be erected on respondents' property to detached single family houses and excludes the erection of garden type apartments, and for injunctive relief, the appeal is from a judgment in favor of respondents, after trial. Judgment modified on the law and the facts by deleting therefrom the second ordering paragraph, which grants injunctive relief against any application in any court based upon the use of the premises for garden type apartment houses. As so modified, judgment unanimously affirmed, with costs to respondents. In our opinion, on the record presented, the determination by the Special Term that the ordinance restricts respondents' property to a use for which it is not adapted, and all other findings contained in the Special Term's decision, are supported by substantial evidence. In our opinion, however, the injunctive provisions of the judgment are inappropriate. Appellants should not be denied the right to apply to the courts for relief with respect to any future dispute which may arise between the parties, concerning the use of the subject property. (Cf. *Town of Somers* v. *Camarco*, 284 App. Div. 979, affd. 308 N. Y. 537.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ FLORENCE MILLER, Appellant, v. CHARLES H. MILLER, Respondent.— Appeal from an order which further modifies a final judgment of divorce by increasing the allowance for the support of the infant child of the parties from $40 to $50 semimonthly. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ DAVID PETRELLA, Appellant, v. ANNA P. PETRELLA, an Infant, Respondent.— In an action by a husband to annul a marriage, in which his wife counterclaims for a separation, the appeal is from an order entered January 31, 1955, which awarded respondent $25 a week temporary alimony and a counsel fee of $250, and from an order entered March 7, 1955, which awarded a counsel fee of $100 plus $50 expenses for the purpose of defending the appeal from the first-mentioned order. Order entered January 31, 1955, affirmed, without costs. Order entered March 7, 1955, modified by striking therefrom the second ordering paragraph and by substituting therefor a provision awarding a counsel fee of $50. As so modified, order affirmed, without costs. In our opinion, the counsel fee awarded on the second motion was disproportionate to the amount awarded on the first motion and was excessive under the facts presented. Moreover, since leave was granted to appeal on typed papers and respondent consented to so much of appellant's motion in this court as sought such leave, respondent has submitted a short typed brief and had no printing expense. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FORTUNATO AURIGEMMA, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of the crime of robbery, first degree, and from intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. [See *post*, p. 834.]